JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEOFFERY BOLDT, | ) | Case No. CV 11-6149-JFW (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| JAMES D. HARTLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 2, 2012

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge